# United States Bankruptcy Court
### District of Massachusetts

In re: **Roland Breneus**, Debtor(s)

Case No. **16-10008**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 13, 2016**

/s/ **Roland Breneus**
**Roland Breneus**
Signature of Debtor

.

Comcast
P.O. Box 1577
Newark, NJ 07101

Ditech Financial, LLC
345 Saint Peter St
Saint Paul, MN 55102

Gueatta & Benson , LLC
P.O. Box 519
Chelmsford, MA 01824

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603