**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE
   ROLAND BRENEUS           Chapter 13
   Debtor                              Case No.:16-10008-MSH

**MOTION TO VACATE DISMISSAL**

NOW COMES the Debtor, Roland Breneus, by and through his undersigned counsel and respectfully moves the Court to vacate of his Chapter 13 case. In support of this Motion, the Debtor states the following:

1. On January 4, 2016, the Debtor filed a skeletal Chapter 13 petition.
2. On January 5, 2016, the Court entered an order to update requiring the Debtor to file all documents, including his declaration regarding electronic filing, signed petition certificate of credit counseling and creditor matrix on or before January 12, 2016.
3. Though Debtor's counsel did file the certificate of credit counseling, declaration and signed petition, through inadvertence, he did not upload or file the matrix.
4. On January 13, 2016, the Court entered an order dismissing the case for failure to file the matrix.
5. Upon realizing this oversight, Debtor's counsel immediately filed and uploaded the Debtor's matrix.

WHEREFORE the Debtor respectfully requests that this Honorable Court enter an order vacating the dismissal of the Debtor's case.

                                          Respectfully submitted
                                          Roland Breneus
                                          By his attorney

Dated: January 13, 2016           */s/ Marques C. Lipton*
                                          Marques C. Lipton
                                          Law Office of Nicholas F. Ortiz, P.C.
                                          99 High Street, Suite 304
                                          Boston, MA 02110
                                          (617) 338-9400
                                          (617) 507-3456 (fax)
                                          mcl@mass-legal.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____

   IN RE

     ROLAND BRENEUS            Chapter 13

    Debtor                      Case No.:16-10008-MSH

_____

## CERTIFICATE OF SERVICE

     I, Marques Lipton, hereby certify that I have this day served upon the following parties a true and correct copy of the Debtor's Motion to Vacate Dismissal via the CM/ECF system:

Carolyn Bankowski, Esq., Chapter 13 Trustee
John Fitzgerald, Esq., United States Trustee

Dated: January 13, 2016                         */s/ Marques C. Lipton*
                                                        Marques C. Lipton